IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF ILLINOIS

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>GENZYME CORPORATION, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-03751 |

## NOTICE OF DISMISSAL

Now comes St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through counsel, and hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: December 12, 2023

Respectfully submitted,

**ST. PAUL FIRE AND MAR. INS. CO.**

By: /s/ Michael H. Passman
One of its attorneys

Michael H. Passman – IL ARDC # 6297381
**USERY & ASSOCIATES**
215 Shuman Blvd | Third Floor West
Naperville, IL 60563
Direct: 630.961.8087
Main: 917.778.6680

Fax: 844.571.3789
Email: mpassma2@travelers.com

Please address all correspondence sent by mail to:

P.O. Box 2996
Hartford, CT 06104-2996