# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 23-CV-03751-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to Notice of Voluntary Dismissal dated December 12, 2023 (Doc. 9), this action was **DISMISSED without prejudice** in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DATED: December 13, 2023**

> MONICA A. STUMP,
> Clerk of Court
>
> By: s/ *Jackie Muckensturm*
> Deputy Clerk

**APPROVED: s/ *Stephen P. McGlynn***
          **STEPHEN P. MCGLYNN**